RECEIVED

NOV 2 9 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN STANLEY, Petitioner | CIVIL ACTION NO. 1:18-CV-965-SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby DENIED and DISMISSED with prejudice as time-barred under 28 U.S.C. § 2244(d)(1)(A).

THUS DONE AND SIGNED at Alexandria, Louisiana, this 28 day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE